Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DREW MITCHEM, individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>　　　　Defendant. | Case No. 3:18-cv-05366-BHS<br><br>ORDER RE:<br>PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE CASE WITH *LINTON* AND *VAUGHNS* CASES<br><br>NOTED ON MOTION CALENDER:<br>FRIDAY, June 7, 2019 |

This matter having come before the Court upon motion by Plaintiff *Mitchem* to consolidate the trial of this action with the related actions of *Linton v. Amtrak*, Case No. 3:18-cv-05564-BHS and *Vaughns v. Amtrak,* Case No. 3:18-cv-05823-BHS, and considering the related claims, experts and counsel, and the asserted efficiencies, economics and finding good cause, it is ORDERED:

1. The *Mitchem, Linton* and *Vaughns* actions are consolidated for pretrial and trial in accord with case schedule set out in *Mitchem.*

DATED this 10th day of June, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER RE MOTION TO CONSOLIDATE - 1
Case No. 3:18-cv-05366-BHS

**LUVERA LAW FIRM**
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

Presented by:

LUVERA LAW FIRM

*/s/ David M. Beninger*
David M. Beninger, WSBA 18432
Andrew Hoyal, WSBA 21349
701 Fifth Avenue, Suite 6700
Seattle, WA 98104
Telephone: (206) 467-6090
robert@luveralawfirm.com
david@luveralawfirm.com
andy@luveralawfirm.com
Attorneys for Plaintiffs

ORDER RE MOTION TO CONSOLIDATE - 2
Case No. 3:18-cv-05366-BHS

**LUVERA LAW FIRM**
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090