Received From SEATTLE
JAN 28 2020

FILED ____ ENTERED
LODGED ____ RECEIVED

JAN 28 2020   GT

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

DONNELL LINTON,

    Plaintiff,

v.

NRPC dba AMTRAK,

    Defendant.

NO. 3:18-cv-05564

DECLARATION OF SERVICE OF:

SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO:
ERICA BRANDLING-BENNETT, M.D.

CHECK FOR WITNESS FEE AND MILAGE TO:
VALLEY MEDICAL CENTER

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 9:28 p.m. on the 27th day for the month of January 2020, at 9547 Northeast 1st Street, Bellevue, Washington 98004, I duly served the above described documents in the above-entitled matter upon Erica Brandling-Bennett, M.D. by then and there personally

DECLARATION OF SERVICE - 1 OF 2

delivering a true and correct copy thereof by leaving the same with Erica Brandling-Bennett, M.D.

DESCRIPTION OF RECIPIENT:

- CAUCASIAN FEMALE

- MEDIUM STATURE

- SLIM BUILD

- BLONDE HAIR

- MIDDLE AGED

- NO GLASSES

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Dated at Seattle, WA this 28th day of January, 2020.

By: Collin Schaetzke

_____
Process Server

LICENSE #: 2020560

DECLARATION OF SERVICE - 2 OF 2