Received From SEATTLE
JAN 29 2020

FILED ___ ENTERED
LODGED ___ RECEIVED
JAN 28 2020  GT
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

DONNELL LINTON,

    Plaintiff,

v.

NRPC dba AMTRAK,

    Defendant.

NO. 3:18-cv-05564

DECLARATION OF SERVICE OF:

SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION TO:
UW MEDICINE – VALLEY MEDICAL CENTER NEUROSCIENCE INSTITUE AND ERICA BRANDLING-BENNETT, M.D. C/O DAVID SMITH, GENERAL COUNCEL, VALLEY MEDICAL CENTER

CHECK FOR WITNESS FEE AND MILAGE TO:
VALLEY MEDICAL CENTER

The undersigned, being first duly sworn, on oath states:

    That I am now, and at all times herein mentioned, a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

DECLARATION OF SERVICE - 1 OF 2

That at 1:17 p.m. on the 27th day for the month of January 2020, at 400 South 43rd Street, Renton, Washington 98055, I duly served the above described documents in the above-entitled matter upon UW Medicine – Valley Medical Center Neuroscience Institute and Erica Brandling-Bennett, M.D. by then and there personally delivering a true and correct copy thereof by leaving the same with David Smith (General Counsel for Valley Medical Center), Authorized to receive on behalf of UW Medicine – Valley Medical Center Neuroscience Institute and Erica Brandling-Bennett, M.D.

DESCRIPTION OF RECIPIENT:

- CAUCASIAN MALE
- MEDIUM STATURE
- MEDIUM BUILD
- SHORT BROWN HAIR
- MIDDLE AGED
- NO GLASSES

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Dated at Seattle, WA this 28TH day of January, 2020.

By: Dawn Knight

_____
Process Server
LICENSE #: 1920529

DECLARATION OF SERVICE - 2 OF 2