UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DONNELL LINTON,

                    Plaintiff,

   v.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C18-5564RJB

   X  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

Plaintiff's past and future economic damages are $2,057,168. Plaintiff's past and future non-economic damages are $8,037,500.

This case is DISMISSED.

      February 11, 2020                        WILLIAM M. McCOOL
                                          Clerk
                                          /s/ Tyler Campbell
                                          By Tyler Campbell, Deputy Clerk